**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


IN RE:                                    :      CHAPTER 13
    **Deshawnda L Williams**              :
    **Debtor**                             :
                                           :      **BANKRUPTCY NO.: 20-10630-JKF**

<u>**O R D E R**</u>


    AND NOW, this            day of                              2019, upon consideration of
Debtor's Motion, it is hereby,
          ORDERED AND DECREED that debtor shall be allowed an extension of time until
**2/28/2020** to file Schedules, Statements, and other Documents required pursuant to Rule 1007, including
the Statement of Affairs, Schedules of Assets and Liabilities and Chapter 13 Plan.


                BY THE COURT:

                _____

**Date: February 18, 2020**                    Hon. Jean K. FitzSimon
                U.S.   BANKRUPTCY JUDGE


cc:     United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

        SCOTT F. WATERMAN (Chapter 13)
        ECFMail@ReadingCh13.com