United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Deshawnda L Williams  
     Debtor

Case No. 20-10630-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 1    Date Rcvd: Feb 19, 2020  
                   Form ID: pdf900    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2020.  
db          +Deshawnda L Williams,   7955 Cedarbrook Ave,   Philadelphia, PA 19150-1327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         E-mail/Text: megan.harper@phila.gov Feb 20 2020 03:58:29   City of Philadelphia,  
        City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,  
        Philadelphia, PA  19102-1595  
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 20 2020 03:58:05  
        Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,  
        Harrisburg, PA  17128-0946  
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 20 2020 03:58:17   U.S. Attorney Office,  
        c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404  
                                                                                                                                                                                                                                               TOTAL: 3

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2020 at the address(es) listed below:  
         BRANDON J PERLOFF    on behalf of Debtor Deshawnda L Williams bperloff@kmfirm.com,  
         kmecf1429@gmail.com,mhazlett@kmfirm.com,KwartlerManusLLC@jubileebk.net  
         REBECCA ANN SOLARZ    on behalf of Creditor   Pennsylvania Housing Finance Agency  
         bkgroup@kmllawgroup.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                                                                                                                                                                                                                        TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    Deshawnda L Williams :
    Debtor :
: BANKRUPTCY NO.: 20-10630-JKF

**O R D E R**

AND NOW, this _____ day of _____ 2019, upon consideration of Debtor's Motion, it is hereby,

ORDERED AND DECREED that debtor shall be allowed an extension of time until **2/28/2020** to file Schedules, Statements, and other Documents required pursuant to Rule 1007, including the Statement of Affairs, Schedules of Assets and Liabilities and Chapter 13 Plan.

BY THE COURT:

_____
Hon. Jean K. FitzSimon
U.S. BANKRUPTCY JUDGE

**Date: February 18, 2020**

cc:    United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

    SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com