**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Deshawnda** | **L** | **Williams** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

Case number **20-10630**
(if known)

☐ Check if this is an
  amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1.

**7955 Cedarbrook Avenue,
Philadelphia, PA 19150
FMV: $166,500.00 (less closing costs)
= $133,200.00**

_____
County

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$133,200.00

**Current value of the portion you own?**
$133,200.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**RESIDENCE**

☐ Check if this is community property
  (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................** ➔ $133,200.00

Debtor 1    **Deshawnda L Williams** _____    Case number (if known)   **20-10630**

---

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.    **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| | |
|---|---|
| 3.1. | |

| | | **Who has an interest in the property?** | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Chevrolet** | Check one. | |
| Model: | **Equinox** | ☑ Debtor 1 only | |
| Year: | **2013** | ☐ Debtor 2 only | |

| | Current value of the entire property? | Current value of the portion you own? |
|---|---|---|

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Approximate mileage: **80,000**          **$6,975.00**          **$6,975.00**

Other information:

**2013 Chevrolet Equinox (approx. 80,000 miles)**

☐ Check if this is community property
(see instructions)

4.    **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5.    Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2.  Write that number here.......................................... **➜**          **$6,975.00**

---

## Part 3:    Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.    **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes.  Describe.....  **Used Furniture, Dining set, kitchen appliances (stove, refrigerator, etc. bedroom set (3) and other misc. household goods**          **$2,500.00**

7.    **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes.  Describe.....  **Used smartphone, used tablets (2)**          **$500.00**

8.    **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes.  Describe.....

9.    **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes.  Describe.....

Debtor 1    **Deshawnda L Williams**                                    Case number (if known)  **20-10630**

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes.  Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes.  Describe.....    **Used women's clothing and accessories**                    $2,500.00

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes.  Describe.....    **costume jewerly**                                         $200.00

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes.  Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes.  Give specific information.............

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3.  Write the number here.......................................................................➔**    $5,700.00

---

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes.............................................................................................................  Cash: ...........................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes...........................    Institution name:

17.1.    Checking account:    **American Heritage Checking account(0190)**
**-Primary Share (00) - $15.00**
**-Checking Account (01) - $726.33**
**-Vacation Share -03**
**-Holiday Club -04-**
**-Family Security Plan (07)**                                         $741.33

---

Debtor 1    **Deshawnda L Williams**_____    Case number (if known) **20-10630**

|  | | | |
|---|---|---|---|
| 17.2. | Checking account: | **Bank of America Checking account (4027)** | $10.00 |
| 17.3. | Checking account: | **Citizens Checking account (5254)**<br>**Balance in account $1600.00**<br>**Debtor owns 1/2 interest** | $800.00 |
| 17.4. | Savings account: | **Bank of America Savings account (6342)** | $30.00 |
| 17.5. | Savings account: | **Citizens Savings account** | $200.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................ Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes.  Give specific information about
them.......................... Name of entity:                                    % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes.  Give specific information about
them.......................... Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes.  List each
account separately.    Type of account:        Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes............................ Institution name or individual:

**23. Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)
☑ No
☐ Yes............................ Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☑ No
☐ Yes............................ Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☑ No
☐ Yes.  Give specific information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☑ No
☐ Yes.  Give specific information about them

Debtor 1    **Deshawnda L Williams**           Case number *(if known)*   **20-10630**

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No
☐ Yes. Give specific
    information about them

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☐ No
☒ Yes. Give specific information
    about them, including whether
    you already filed the returns
    and the tax years......................

**Federal: Anticipated Refund. Amt: $1,200.00**

| | |
|---|---|
| Federal: | **$1,200.00** |
| State: | **$0.00** |
| Local: | **$0.00** |

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes. Give specific information

| | |
|---|---|
| Alimony: | |
| Maintenance: | |
| Support: | |
| Divorce settlement: | |
| Property settlement: | |

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
                compensation, Social Security benefits; unpaid loans you made to someone else

☒ No
☐ Yes. Give specific information

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☒ Yes. Name the insurance
    company of each policy
    and list its value................ Company name:      Beneficiary:      Surrender or refund value:

**Prudential Life Insurance Cash
surrender value**                              **$1,539.14**

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☒ No
☐ Yes. Give specific information

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☒ No
☐ Yes. Describe each claim........

Debtor 1    **Deshawnda L Williams** _____    Case number (if known)   **20-10630**

---

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes.  Describe each claim........ [                    ]   _____

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes.  Give specific information [                    ]   _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4.  Write that number here**............................................................................➔   | **$4,520.47** |

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No.  Go to Part 6.
    ☐ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes.  Describe.. [                    ]   _____

39. **Office equipment, furnishings, and supplies**
    *Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No
    ☐ Yes.  Describe.. [                    ]   _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No
    ☐ Yes.  Describe.. [                    ]   _____

41. **Inventory**

    ☑ No
    ☐ Yes.  Describe.. [                    ]   _____

42. **Interests in partnerships or joint ventures**

    ☑ No
    ☐ Yes.  Describe.....  Name of entity:                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**

    ☑ No
    ☐ Yes.  **Do your lists include personally identifiable information**  (as defined in 11 U.S.C. § 101(41A))?

        ☐ No
        ☐ Yes.  Describe.... [                    ]   _____

Debtor 1    **Deshawnda L Williams**                                    Case number (if known)    **20-10630**

**44.  Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

**45.  Add the dollar value of all of your entries from Part 5, including any entries for pages you have
attached for Part 5. Write that number here**.................................................................................➔ | $0.00

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
**If you own or have an interest in farmland, list it in Part 1.** |

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**47.  Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....

**48.  Crops--either growing or harvested**

☑ No
☐ Yes. Give specific
information................

**49.  Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....

**50.  Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

**51.  Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific
information................

**52.  Add the dollar value of all of your entries from Part 6, including any entries for pages you have
attached for Part 6. Write that number here**.................................................................................➔ | $0.00

Debtor 1  **Deshawnda L Williams**                                             Case number (if known)  **20-10630**

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53.** **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

**54.**  Add the dollar value of all of your entries from Part 7.  Write that number here............................. ➔ | **$0.00** |

---

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

**55.**  Part 1: Total real estate, line 2............................................................................................. ➔  **$133,200.00**

**56.**  Part 2: Total vehicles, line 5                                 **$6,975.00**

**57.**  Part 3: Total personal and household items, line 15                 **$5,700.00**

**58.**  Part 4: Total financial assets, line 36                       **$4,520.47**

**59.**  Part 5: Total business-related property, line 45                 **$0.00**

**60.**  Part 6: Total farm- and fishing-related property, line 52           **$0.00**

**61.**  Part 7: Total other property not listed, line 54            +     **$0.00**

**62.**  **Total personal property.**   Add lines 56 through 61.................. | **$17,195.47** |  Copy personal property total ➔  +    **$17,195.47**

**63.**  **Total of all property on Schedule A/B.**   Add line 55 + line 62.............................................................. | **$150,395.47** |

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Deshawnda**　　**L**　　**Williams** | |
| | First Name　　Middle Name　　Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) | First Name　　Middle Name　　Last Name | |
| United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA** | | |
| Case number (if known) | **20-10630** | |

☐ Check if this is an amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of　　*Part 2: Additional Page*　　as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?**　*Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**7955 Cedarbrook Avenue, Philadelphia, PA 19150**<br>**FMV: $166,500.00 (less closing costs) = $133,200.00**<br>Line from *Schedule A/B:*　**1.1** | **$133,200.00** | ☑ **$7,027.74**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| Brief description:<br>**2013 Chevrolet Equinox (approx. 80,000 miles)**<br>Line from *Schedule A/B:*　**3.1** | **$6,975.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   　　☐ No

   　　☐ Yes

| Debtor 1 | **Deshawnda L Williams** | Case number (if known) | **20-10630** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Used Furniture, Dining set, kitchen appliances (stove, refrigerator, etc.) bedroom set (3) and other misc. household goods**<br>Line from *Schedule A/B:* __6__ | **$2,500.00** | ☑ **$2,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Used smartphone, used tablets (2)**<br>Line from *Schedule A/B:* __7__ | **$500.00** | ☑ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**Used women's clothing and accessories**<br>Line from *Schedule A/B:* __11__ | **$2,500.00** | ☑ **$2,500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| Brief description:<br>**costume jewerly**<br>Line from *Schedule A/B:* __12__ | **$200.00** | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| Brief description:<br>**American Heritage Checking account (0190)**<br>**-Primary Share (00) - $15.00**<br>**-Checking Account (01) - $726.33**<br>**-Vacation Share -03**<br>**-Holiday Club -04-**<br>**-Family Security Plan (07)**<br>Line from *Schedule A/B:* __17.1__ | **$741.33** | ☑ **$741.33**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Bank of America Checking account (4027)**<br>Line from *Schedule A/B:* __17.2__ | **$10.00** | ☑ **$10.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Bank of America Savings account (6342)**<br>Line from *Schedule A/B:* __17.4__ | **$30.00** | ☑ **$30.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Citizens Checking account (5254)**<br>**Balance in account $1600.00**<br>**Debtor owns 1/2 interest**<br>Line from *Schedule A/B:* __17.3__ | **$800.00** | ☑ **$800.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

| Debtor 1 | **Deshawnda L Williams** | | Case number (if known) | **20-10630** |

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Citizens Savings account**<br><br>Line from *Schedule A/B*: __17.5__ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Anticipated Refund**<br><br>Line from *Schedule A/B*: __28__ | $1,200.00 | ☑ $1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**Prudential Life Insurance Cash surrender value**<br><br>Line from *Schedule A/B*: __31__ | $1,539.14 | ☑ $1,539.14<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(7)** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Deshawnda**   **L**   **Williams** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name     Middle Name     Last Name |

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

Case number **20-10630**
(if known)

☐ Check if this is an
amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|

**2.1**

**Pennsylvania Housing Finance Agen**
Creditor's name
**Attn: Bankruptcy**
Number     Street
**PO Box 8029**

**Harrisburg**   **PA**   **17105**
City     State   ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates
to a community debt

Date debt was incurred   **04/2010**

**Describe the property that secures the claim:**

**7955 Cedarbrook Avenue**

| $121,846.26 | $133,200.00 | |
|---|---|---|

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **FHA Real Estate Mortgage**

Last 4 digits of account number   **5   4   0   3**

**Amount of Lien determined per Judgment entered 11/6/2019 (PHFA v. Sutherland, 181102605)**

Add the dollar value of your entries in Column A on this page. Write that number here:

| $121,846.26 |
|---|

Debtor 1   **Deshawnda L Williams**                                        Case number (if known)   **20-10630**

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | **Column A** Amount of claim Do not deduct the value of collateral | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

---

**2.2**

**Pennsylvania Housing Finance Agen**
Creditor's name
**Attn: Bankruptcy**
Number    Street
**PO Box 8029**

Describe the property that
secures the claim:

**7955 Cedarbrook Avenue,
Philadelphia, PA 19150**

Column A: **$1,926.00**   Column B: **$133,200.00**

**Harrisburg          PA     17105**
City                State   ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

**Date debt was incurred**   04/2010

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
   **Real Estate Mortgage without Other Collateral**

Last 4 digits of account number     6   5   5   6

---

**2.3**

**Pennsylvania Housing Finance Agen**
Creditor's name
**Attn: Bankruptcy**
Number    Street
**PO Box 8029**

Describe the property that
secures the claim:

**7955 Cedarbrook Avenue**

Column A: **$30,000.00**   Column B: **$30,000.00**

**Harrisburg          PA     17105**
City                State   ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

**Date debt was incurred**   Various

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
   **Arrearage claim**

Last 4 digits of account number     5   4   0   3

---

Add the dollar value of your entries in Column A on this page.  Write
that number here:                                        **$31,926.00**

Debtor 1   **Deshawnda L Williams**                                        Case number (if known)   **20-10630**

| | **Additional Page**<br>After listing any entries on this page, number them<br>sequentially from the previous page. | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | *Column B*<br>**Value of collateral**<br>**that supports this**<br>**claim** | *Column C*<br>**Unsecured**<br>**portion**<br>If any |
|---|---|---|---|---|
| **Part 1:** | | | | |

**2.4**

**Santander Consumer USA**
Creditor's name
**Attn: Bankruptcy**
Number   Street
**10-64-38-FD7   601 Penn St**

_____

**Reading**          **PA**   **19601**
City              State   ZIP Code

**Who owes the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates**
  **to a community debt**

Date debt was incurred   **02/2018**

**Repossessed**

Describe the property that
secures the claim:

**2013 Chevrolet Equinox**
**(approx. 80,000 miles)**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Automobile**

Last 4 digits of account number   **1  0  0  0**

|  | | | |
|---|---|---|---|
|  | **$12,803.00** | **$6,975.00** | **$5,828.00** |

**2.5**

**Santander Consumer USA**
Creditor's name
**Attn: Bankruptcy**
Number   Street
**10-64-38-FD7   601 Penn St**

_____

**Reading**          **PA**   **19601**
City              State   ZIP Code

**Who owes the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates**
  **to a community debt**

Date debt was incurred   **Various**

Describe the property that
secures the claim:

**2013 Chevrolet Equinox**
**(approx. 80,000 miles)**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Arrearage claim**

Last 4 digits of account number   **1  0  0  0**

|  | | | |
|---|---|---|---|
|  | **$348.00** | **$348.00** |  |

Add the dollar value of your entries in Column A on this page.  Write
that number here:

**$13,151.00**

Debtor 1    **Deshawnda L Williams**                              Case number (if known)  **20-10630**

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

2.6

**Water Revenue Bureau**
Creditor's name
**Municipal Services Building**
Number   Street
**1401 JFk Blvd.**

Describe the property that secures the claim:

**7955 Cedarbrook Avenue, Philadelphia, PA 19150**

$2,400.00          $133,200.00

**Philadelphia      PA    19102**
City          State   ZIP Code

**Who owes the debt?**  Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim relates to a community debt**

**Date debt was incurred**  _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Utility**

**Last 4 digits of account number**  ____ ____ ____ ____

**Add the dollar value of your entries in Column A on this page.  Write that number here:**

$2,400.00

**If this is the last page of your form, add the dollar value totals from all pages.  Write that number here:**

$169,323.26

| Debtor 1 | **Deshawnda L Williams** | Case number (if known) | **20-10630** |
|---|---|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**1**  **Nora Viggiano**
Name
**701 Market Street**
Number        Street

On which line in Part 1 did you enter the creditor?  **2.1**

Last 4 digits of account number  ___ ___ ___ ___

**Philadelphia**          **PA**    **19106**
City                      State   ZIP Code

**2**  **Rebecca A. Solarz, Esq.**
Name
**KML Law Group, P.C.**
Number        Street
**701 Market Street**

On which line in Part 1 did you enter the creditor?  **2.1**

Last 4 digits of account number  ___ ___ ___ ___

**Philadephia**           **PA**    **19106**
City                      State   ZIP Code

**Fill in this information to identify your case:**

Debtor 1        __Deshawnda__          __L__          __Williams__
                First Name             Middle Name     Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name     Last Name

United States Bankruptcy Court for the: __EASTERN DIST. OF PENNSYLVANIA__

Case number      __20-10630__
(if known)

☐ Check if this is an
   amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

    ☐ No. Go to Part 2.
    ☑ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | $3,333.00 | $3,333.00 | $0.00 |

| | |
|---|---|
| **Brandon Perloff, Esq.**<br>Priority Creditor's Name<br>**1429 Walnut Street**<br>Number          Street<br>**Suite 701**<br><br>_____<br>**Philadelphia          PA          19102**<br>City                    State    ZIP Code | Last 4 digits of account number  __ __ __ __<br><br>When was the debt incurred?  __02/24/2020__<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Who incurred the debt?** Check one.<br>☑ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **Type of PRIORITY unsecured claim:**<br>☐ Domestic support obligations<br>☐ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☑ Other. Specify<br>   **Attorney fees for this case** |

Debtor 1  **Deshawnda L Williams** _____  Case number (if known)  **20-10630**

| **Part 1:** | **Your PRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim | Priority amount | Nonpriority amount |
| --- | --- | --- | --- |

| 2.2 | | | $49.50 | $49.50 | $0.00 |
| --- | --- | --- | --- | --- | --- |

**Internal Revenue Service**
Priority Creditor's Name
**600 Arch Street**
Number        Street

_____

| **Philadelphia** | **PA** | **19106** |
| --- | --- | --- |
| City | State | ZIP Code |

**Who incurred the debt?**  Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other.  Specify

Debtor 1   **Deshawnda L Williams**                                              Case number (if known)  **20-10630**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.   Do any creditors have nonpriority unsecured claims against you?**

☐   No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑   Yes

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
    If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what
    type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in
    Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

**4.1**                                                                                                                         **$2,323.00**

**Aargon Agency Inc**                          Last 4 digits of account number   **8   0   2   5**
Nonpriority Creditor's Name
**Attn: Bankruptcy**                           When was the debt incurred?   **10/29/2019**
Number       Street
**8668 Spring Mountain Road**                  As of the date you file, the claim is: Check all that apply.

                                               ☐   Contingent
                                               ☐   Unliquidated
                                               ☐   Disputed
**Las Vegas**                  **NV**   **89117**
City                    State   ZIP Code       **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**   Check one.
                                               ☐   Student loans
☑   Debtor 1 only                              ☐   Obligations arising out of a separation agreement or divorce
☐   Debtor 2 only                                  that you did not report as priority claims
☐   Debtor 1 and Debtor 2 only                 ☐   Debts to pension or profit-sharing plans, and other similar debts
☐   At least one of the debtors and another    ☑   Other. Specify
☐   **Check if this claim is for a community debt**   **Unknown Loan Type**
**Is the claim subject to offset?**
☑   No
☐   Yes

**4.2**                                                                                                                         **$3,777.00**

**Ability Recovery Service**                   Last 4 digits of account number   **6   1   N   1**
Nonpriority Creditor's Name
**Attn: Bankruptcy**                           When was the debt incurred?   **06/2017**
Number       Street
**PO Box 4262**                                As of the date you file, the claim is: Check all that apply.

                                               ☐   Contingent
                                               ☐   Unliquidated
                                               ☐   Disputed
**Scranton**                   **PA**   **18505**
City                    State   ZIP Code       **Type of NONPRIORITY unsecured claim:**
**Who incurred the debt?**   Check one.
                                               ☐   Student loans
☑   Debtor 1 only                              ☐   Obligations arising out of a separation agreement or divorce
☐   Debtor 2 only                                  that you did not report as priority claims
☐   Debtor 1 and Debtor 2 only                 ☐   Debts to pension or profit-sharing plans, and other similar debts
☐   At least one of the debtors and another    ☑   Other. Specify
☐   **Check if this claim is for a community debt**   **Collection Attorney**
**Is the claim subject to offset?**
☑   No
☐   Yes

Debtor 1  **Deshawnda L Williams**　　　　　　　　　　Case number (if known)　**20-10630**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.3 | | **$60.00** |
|---|---|---|

**Credit Collection Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**725 Canton St**

**Norwood**　　　　**MA**　　**02062**
City　　　　　　State　　ZIP Code

**Who incurred the debt?**　Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number　**5　0　4　6**
When was the debt incurred?　**12/2014**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Attorney**

| 4.4 | | **$745.00** |
|---|---|---|

**Eastern Revenue Inc**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**601 Dresher Rd. Suite 301**

**Horsham**　　　　**PA**　　**19044**
City　　　　　　State　　ZIP Code

**Who incurred the debt?**　Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number　**1　6　4　8**
When was the debt incurred?　**05/2016**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collection Attorney**

| 4.5 | | **$2,500.00** |
|---|---|---|

**PECO**
Nonpriority Creditor's Name
**2301 Market St**
Number    Street

**Philadelphia**　　　**PA**　　**19103**
City　　　　　　State　　ZIP Code

**Who incurred the debt?**　Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number　___ ___ ___ ___
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Utility**

Debtor 1    **Deshawnda L Williams**                              Case number (if known) **20-10630**

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.                                                    | Total claim |

| 4.6 |                                                          **$2,000.00**

**PHILA GAS WORKS**                    Last 4 digits of account number  __ __ __ __
Nonpriority Creditor's Name
**800 W MONTGOMERY AVE**               When was the debt incurred? _____
Number      Street
**PHILADELPHIA PA,19122**              As of the date you file, the claim is: Check all that apply.

**ATTN: BANKRUPTCY DEPT, 3FL**         ☐ Contingent
                                       ☐ Unliquidated
                                       ☐ Disputed
City                State    ZIP Code
Who incurred the debt?    Check one.   Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                        ☐ Student loans
☐ Debtor 2 only                        ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only              that you did not report as priority claims
☐ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☑ Other. Specify
Is the claim subject to offset?           **Utility**
☑ No
☐ Yes

| 4.7 |                                                          **$531.00**

**Portfolio Recovery**                 Last 4 digits of account number  4  8  2  1
Nonpriority Creditor's Name
**Attn: Bankruptcy**                   When was the debt incurred? **04/2016**
Number      Street
**120 Corporate Blvd**                 As of the date you file, the claim is: Check all that apply.
                                       ☐ Contingent
                                       ☐ Unliquidated
                                       ☐ Disputed
**Norfold**              **VA**   **23502**
City                State    ZIP Code
Who incurred the debt?    Check one.   Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                        ☐ Student loans
☐ Debtor 2 only                        ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only              that you did not report as priority claims
☐ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☑ Other. Specify
Is the claim subject to offset?           **Factoring Company Account**
☑ No
☐ Yes

| 4.8 |                                                          **$162.00**

**Revenue Sys**                        Last 4 digits of account number  1  6  2  5
Nonpriority Creditor's Name
**2196 Main St**                       When was the debt incurred? **10/05/2018**
Number      Street
                                       As of the date you file, the claim is: Check all that apply.
                                       ☐ Contingent
                                       ☐ Unliquidated
                                       ☐ Disputed
**Dunedin**              **FL**   **34698**
City                State    ZIP Code
Who incurred the debt?    Check one.   Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                        ☐ Student loans
☐ Debtor 2 only                        ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only              that you did not report as priority claims
☐ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☑ Other. Specify
Is the claim subject to offset?           **Unknown Loan Type**
☑ No
☐ Yes

Debtor 1    **Deshawnda L Williams**                          Case number (if known) **20-10630**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.                                                                    **Total claim**

**4.9**                                                                              **$366.00**

**Southwest Credit Systems**          Last 4 digits of account number  **0  7  8  5**
Nonpriority Creditor's Name
**4120 International Parkway**         When was the debt incurred?  **12/2016**
Number       Street
**Suite 1100**                        As of the date you file, the claim is: Check all that apply.
                                      ☐ Contingent
                                      ☐ Unliquidated
**Carrollton**        **TX**  **75007**   ☐ Disputed
City              State   ZIP Code
Who incurred the debt?  Check one.    Type of NONPRIORITY unsecured claim:
☒ Debtor 1 only                       ☐ Student loans
☐ Debtor 2 only                       ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only            that you did not report as priority claims
☐ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☒ Other. Specify
Is the claim subject to offset?          **Collection Attorney**
☒ No
☐ Yes

**4.10**                                                                             **$1,909.00**

**Verizon**                           Last 4 digits of account number  **0  0  0  1**
Nonpriority Creditor's Name
**Verizon Wireless Bk Admin**         When was the debt incurred?  **09/2014**
Number       Street
**500 Technology Dr Ste 550**         As of the date you file, the claim is: Check all that apply.
                                      ☐ Contingent
                                      ☐ Unliquidated
**Weldon Springs**    **MO**  **63304**   ☐ Disputed
City              State   ZIP Code
Who incurred the debt?  Check one.    Type of NONPRIORITY unsecured claim:
☒ Debtor 1 only                       ☐ Student loans
☐ Debtor 2 only                       ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only            that you did not report as priority claims
☐ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☒ Other. Specify
Is the claim subject to offset?          **Agriculture**
☒ No
☐ Yes

**4.11**                                                                             **$9,493.00**

**Wells Fargo Dealer Services**       Last 4 digits of account number  **5  4  0  7**
Nonpriority Creditor's Name
**Attn: Bankruptcy**                  When was the debt incurred?  **03/2012**
Number       Street
**PO Box 19657**                      As of the date you file, the claim is: Check all that apply.
                                      ☐ Contingent
                                      ☐ Unliquidated
**Irvine**            **CA**  **92623**   ☐ Disputed
City              State   ZIP Code
Who incurred the debt?  Check one.    Type of NONPRIORITY unsecured claim:
☒ Debtor 1 only                       ☐ Student loans
☐ Debtor 2 only                       ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only            that you did not report as priority claims
☐ At least one of the debtors and another  ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☒ Other. Specify
Is the claim subject to offset?          **Automobile**
☒ No
☐ Yes

Debtor 1  **Deshawnda L Williams** _____   Case number (if known)  **20-10630**

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
    For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
    creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the
    debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for
    any debts in Parts 1 or 2, do not fill out or submit this page.

**FedLoan Servicing**
Name
**Attn: Bankruptcy**
Number      Street
**PO Box 69184**

**Harrisburg**          **PA**    **17106**
City                    State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Educational**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __0__ __0__ __0__ __2__

**Navient**
Name
**Attn: Bankruptcy**
Number      Street
**PO Box 9640**

**Wilkes-Barre**        **PA**    **18773**
City                    State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Educational**                ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __0__ __5__ __3__ __0__

Debtor 1     **Deshawnda L Williams**                                   Case number (if known)   **20-10630**

| | |
|---|---|
| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6.    Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
      28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

|  |  |  |  | **Total claim** |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $49.50 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. **+** | $3,333.00 |
| | 6e. | **Total.**  Add lines 6a through 6d. | 6d. | $3,382.50 |

|  |  |  |  | **Total claim** |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. **+** | $23,866.00 |
| | 6j. | **Total.**  Add lines 6f through 6i. | 6j. | $23,866.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Deshawnda** | **L** | **Williams** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

| | |
|---|---|
| Case number | **20-10630** |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ **No.** Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   | Person or company with whom you have the contract or lease | State what the contract or lease is for |
   |---|---|

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | __Deshawnda__  __L__  __Williams__ |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name   Middle Name   Last Name |

United States Bankruptcy Court for the: __EASTERN DIST. OF PENNSYLVANIA__

Case number   __20-10630__
(if known)

☐ Check if this is an
amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☑ No.  Go to line 3.

   ☐ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No

      ☐ Yes

3. **In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G).  Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

   *Column 1:*  **Your codebtor**        *Column 2:*  **The creditor to whom you owe the debt**

                                         Check all schedules that apply:

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Deshawnda** | **L** | **Williams** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** | | | |
| Case number (if known) | **20-10630** | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

**1.  Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | **Behavior Specialist** | |
| Employer's name | | **Merakey Childrens Services** | |
| Employer's address | | **620 Germantown Pike** | |
| | | Number  Street | Number  Street |
| | | **Lafayette Hill     PA     19444** | |
| | | City            State    Zip Code | City            State    Zip Code |
| How long employed there? | | **17 years** | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$2,736.50** | |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | **$2,736.50** | |

Debtor 1     **Deshawnda L Williams**                                                          Case number (if known)  **20-10630**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ........................................................ ➜ 4. | $2,736.50 | |

**5.**  **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $633.08 | |
| 5b. | Mandatory contributions for retirement plans | 5b. | $0.00 | |
| 5c. | Voluntary contributions for retirement plans | 5c. | $0.00 | |
| 5d. | Required repayments of retirement fund loans | 5d. | $0.00 | |
| 5e. | Insurance | 5e. | $0.00 | |
| 5f. | Domestic support obligations | 5f. | $0.00 | |
| 5g. | Union dues | 5g. | $0.00 | |
| 5h. | Other deductions. Specify: _____ | 5h. + | $0.00 | |

**6.**  **Add the payroll deductions.**    Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.   6.   $633.08

**7.**  **Calculate total monthly take-home pay.**    Subtract line 6 from line 4.   7.   $2,103.42

**8.**  **List all other income regularly received:**

| 8a. | Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | |
|---|---|---|---|---|

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| 8b. | Interest and dividends | 8b. | $0.00 | |
|---|---|---|---|---|
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | |

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| 8d. | Unemployment compensation | 8d. | $0.00 | |
|---|---|---|---|---|
| 8e. | Social Security | 8e. | $0.00 | |
| 8f. | Other government assistance that you regularly receive | | | |

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____

| | | 8f. | $0.00 | |
|---|---|---|---|---|
| 8g. | Pension or retirement income | 8g. | $0.00 | |
| 8h. | Other monthly income. Specify:  **See continuation sheet** | 8h. + | $1,463.70 | |

**9.**  **Add all other income.**    Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9.   $1,463.70

**10.**  **Calculate monthly income.**    Add line 7 + line 9.   10.   $3,567.12   +   _____   =   $3,567.12
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.**  **State all other regular contributions to the expenses that you list in Schedule J.**  Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____   11. +   $0.00

**12.**  **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.   12.   $3,567.12

**Combined monthly income**

**13.**  **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:   **Debtor is starting new part time jobs.  Schedules to be amended accordingly.**

Debtor 1    **Deshawnda L Williams**                                    Case number (if known)   **20-10630**

**1.**  **Additional Employers**   <u>Debtor 1</u>                              <u>Debtor 2 or non-filing spouse</u>

**Occupation**          **Grief Counselor**
**Employer's name**     **EMIR Healing Center**
**Employer's address**  **59 E. Haines Street**


**Philadelphia**          **PA**    **19144**
City                      State  Zip Code              City                        State      Zip Code
**How long employed there?**   **2 months**                        _____

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **8h.** | **Other Monthly Income (details)** | | |
|  | **Part time (DA's Office)- Estimated** | $389.20 | |
|  | **Tax Refund Amortized** | $99.50 | |
|  | **EMIR/ Progression Behavior Independent** | $975.00 | |
|  | Totals: | $1,463.70 | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Deshawnda** | **L** | **Williams** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DIST. OF PENNSYLVANIA** | | |
| Case number (if known) | **20-10630** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____

MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

**1.   Is this a joint case?**

☑ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

    ☐ No

    ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2.   Do you have dependents?**        ☑ No

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ Yes. Fill out this information for each dependent....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

**3.   Do your expenses include expenses of people other than yourself and your dependents?**        ☑ No      ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

**4.   The rental or home ownership expenses for your residence.**     4.    _____ **$806.00**
Include first mortgage payments and any rent for the ground or lot.

If not included in line 4:

4a.   Real estate taxes                                          4a.    _____

4b.   Property, homeowner's, or renter's insurance              4b.    _____

4c.   Home maintenance, repair, and upkeep expenses             4c.    _____

4d.   Homeowner's association or condominium dues               4d.    _____

Debtor 1     **Deshawnda L Williams** _____     Case number (if known)   **20-10630** _____

**Your expenses**

| | | |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. _____ |
| 6. | **Utilities:** | |
| | 6a.   Electricity, heat, natural gas | 6a. _____ **$198.00** |
| | 6b.   Water, sewer, garbage collection | 6b. _____ **$85.00** |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. _____ **$250.00** |
| | 6d.   Other. Specify: _____ | 6d. _____ |
| 7. | **Food and housekeeping supplies** | 7. _____ **$300.00** |
| 8. | **Childcare and children's education costs** | 8. _____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. _____ **$50.00** |
| 10. | **Personal care products and services** | 10. _____ **$65.00** |
| 11. | **Medical and dental expenses** | 11. _____ **$150.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. _____ **$165.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. _____ **$75.00** |
| 14. | **Charitable contributions and religious donations** | 14. _____ |
| 15. | **Insurance.** | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.   Life insurance | 15a. _____ **$117.90** |
| | 15b.   Health insurance | 15b. _____ |
| | 15c.   Vehicle insurance | 15c. _____ **$295.00** |
| | 15d.   Other insurance. Specify: _____ | 15d. _____ |
| 16. | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. _____ |
| 17. | **Installment or lease payments:** | |
| | 17a.   Car payments for Vehicle 1    **2013 Chevrolet Equinox** | 17a. _____ **$323.00** |
| | 17b.   Car payments for Vehicle 2 | 17b. _____ |
| | 17c.   Other. Specify: _____ | 17c. _____ |
| | 17d.   Other. Specify: _____ | 17d. _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. _____ |

Debtor 1   **Deshawnda L Williams** _____     Case number (if known)  **20-10630** _____

**20.  Other real property expenses not included in lines 4 or 5 of this form or on
       Schedule I: Your Income.**

|   | | |
|---|---|---|
| 20a.  Mortgages on other property | 20a. | _____ |
| 20b.  Real estate taxes | 20b. | _____ |
| 20c.  Property, homeowner's, or renter's insurance | 20c. | _____ |
| 20d.  Maintenance, repair, and upkeep expenses | 20d. | _____ |
| 20e.  Homeowner's association or condominium dues | 20e. | _____ |

**21.  Other.**  Specify: _____     21.  **+**_____

**22.  Calculate your monthly expenses.**

| | | |
|---|---|---|
| 22a.  Add lines 4 through 21. | 22a. | **$2,879.90** |
| 22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | _____ |
| 22c.  Add line 22a and 22b.  The result is your monthly expenses. | 22c. | **$2,879.90** |

**23.  Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a.  Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$3,567.12** |
| 23b.  Copy your monthly expenses from line 22c above. | 23b. | **−** **$2,879.90** |
| 23c.  Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **$687.22** |

**24.  Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  Explain here:
        **None.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Deshawnda** | **L** | **Williams** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

Case number **20-10630**
(if known)

☐ Check if this is an
amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:     Summarize Your Assets

**Your assets**
Value of what you own

1.  *Schedule A/B: Property* (Official Form 106A/B)

    1a.  Copy line 55, Total real estate, from Schedule A/B................................................................. **$133,200.00**

    1b.  Copy line 62, Total personal property, from Schedule A/B...................................................... **$17,195.47**

    1c.  Copy line 63, Total of all property on Schedule A/B................................................................ **$150,395.47**

### Part 2:     Summarize Your Liabilities

**Your liabilities**
Amount you owe

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a.  Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$169,323.26**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a.  Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... **$3,382.50**

    3b.  Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+ $23,866.00**

**Your total liabilities** **$196,571.76**

### Part 3:     Summarize Your Income and Expenses

4.  *Schedule I: Your Income* (Official Form 106I)
Copy your combined monthly income from line 12 of Schedule I................................................................. **$3,567.12**

5.  *Schedule J: Your Expenses* (Official Form 106J)
Copy your monthly expenses from line 22c of Schedule J....................................................................... **$2,879.90**

Debtor 1    **Deshawnda L Williams** _____    Case number (if known) __20-10630__

---

| Part 4: | **Answer These Questions for Administrative and Statistical Records** |

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.
☑ Yes

7.  **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8.  **From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

| | $2,994.60 |

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

**Total claim**

From Part 4 on *Schedule E/F,* copy the following:

| | |
|---|---|
| 9a.  Domestic support obligations.  (Copy line 6a.) | $0.00 |
| 9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.) | $49.50 |
| 9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | $0.00 |
| 9d.  Student loans.  (Copy line 6f.) | $0.00 |
| 9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | $0.00 |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | + $0.00 |
| 9g.  **Total.**  Add lines 9a through 9f. | $49.50 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Deshawnda** | **L** | **Williams** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

Case number    **20-10630**
(if known)

☐ Check if this is an
    amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Deshawnda L Williams**     X _____
Deshawnda L Williams, Debtor 1          Signature of Debtor 2

Date **02/25/2020**     Date _____
    MM / DD / YYYY          MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Deshawnda** | **L** | **Williams** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DIST. OF PENNSYLVANIA**

Case number **20-10630**
(if known)

☐ Check if this is an
amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy  04/19

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

1.  **What is your current marital status?**
    ☐ Married
    ☑ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**
    ☑ No
    ☐ Yes.  List all of the places you lived in the last 3 years.  Do not include where you live now.

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
    (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
    ☑ No
    ☐ Yes.  Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1      **Deshawnda L Williams** _____      Case number (if known) __20-10630__

| **Part 2:** | **Explain the Sources of Your Income** |
|---|---|

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | **$3,866.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, __2019__)<br>                  YYYY | ☑ Wages, commissions, bonuses, tips | **$38,544.60** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2018__)<br>                  YYYY | ☑ Wages, commissions, bonuses, tips | **$30,858.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☑ No
   ☐ Yes. Fill in the details.

Debtor 1    **Deshawnda L Williams** _____   Case number (if known) __20-10630__

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6.   Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐  No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

   ☐  No. Go to line 7.

   ☐  Yes.  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☒  Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☒  No. Go to line 7.

   ☐  Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

**7.   Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

☒  No
☐  Yes.  List all payments to an insider.

**8.   Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☒  No
☐  Yes.  List all payments that benefited an insider.

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

**9.   Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐  No
☒  Yes.  Fill in the details.

| **Case title** | **Nature of the case** | **Court or agency** | **Status of the case** |
|---|---|---|---|
| **PHFA v Sutherland** | **Mortgage Foreclosure** | **Court of Common Pleas of Philadelphia** | ☐ Pending |
| | | Court Name | ☐ On appeal |
| | | **City Hall** | ☒ Concluded |
| Case number  **181102605** | | Number     Street | |
| | | **Chestnut Street** | |
| | | **Philadelphia        PA      19107** | |
| | | City              State   ZIP Code | |

| Debtor 1 | **Deshawnda L Williams** | Case number (if known) | **20-10630** |

**10.** **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☒ No.  Go to line 11.
☐ Yes.  Fill in the information below.

**11.** **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No
☐ Yes.  Fill in the details.

**12.** **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No
☐ Yes

---

**Part 5:**   **List Certain Gifts and Contributions**

**13.** **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☒ No
☐ Yes.  Fill in the details for each gift.

**14.** **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☒ No
☐ Yes.  Fill in the details for each gift or contribution.

---

**Part 6:**   **List Certain Losses**

**15.** **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes.  Fill in the details.

Debtor 1   **Deshawnda L Williams**                                          Case number (if known)   **20-10630**

| **Part 7:** | **List Certain Payments or Transfers** |

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes.  Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Kwartler Manus, LLC**<br>Person Who Was Paid | $917.00- Legal Fee<br>$33.00- Credit Report<br>$50.00- Misc. Costs | | |
| **1429 Walnut Street**<br>Number      Street | | **1/17/2020** | **$400.00** |
| **Ste 701** | | **1/31/2020** | **$600.00** |
| **Philadelphia**            **PA**      **19102**<br>City                          State      ZIP Code | | | |
| _____<br>Email or website address | | | |
| _____<br>Person Who Made the Payment, if Not You | | | |

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **cricketdebt.com**<br>Person Who Was Paid | **Credit Counseling $24.00** | | |
| _____<br>Number      Street | | **1/30/2020** | **$24.00** |
| _____ | | | |
| _____<br>City                          State      ZIP Code | | | |
| _____<br>Email or website address | | | |
| _____<br>Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes.  Fill in the details.

Debtor 1     **Deshawnda L Williams**                                              Case number (if known)   **20-10630**

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**   (These are often called asset-protection devices.)

☒ No
☐ Yes. Fill in the details.

<div style="background:black;color:white">**Part 8:**      **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**</div>

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No
☐ Yes. Fill in the details.

<div style="background:black;color:white">**Part 9:**      **Identify Property You Hold or Control for Someone Else**</div>

23. **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ No
☐ Yes. Fill in the details.

Debtor 1     **Deshawnda L Williams** _____     Case number (if known) **20-10630**

## Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

25. Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Fill in the details.

26. Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

## Part 11:   Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No.  None of the above applies.  Go to Part 12.
☑ Yes.  Check all that apply above and fill in the details below for each business.

**Deshawnda Williams-Sutherland** _____
Business Name

**7955 Cedarbrook Ave** _____
Number     Street

_____

**Philadelphia**          **PA**    **19150**
City                    State   ZIP Code

Describe the nature of the business
Counseling

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

Dates business existed

From ____ **2018** ____   To ____ **2018** ____

Debtor 1    **Deshawnda L Williams** _____    Case number (if known)  __**20-10630**__

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☒ No
☐ Yes.  Fill in the details below.

| **Part 12:** | **Sign Below** |

**I have read the answers on this** *Statement of Financial Affairs* **and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

X **/s/ Deshawnda L Williams** _____        X _____
Deshawnda L Williams, Debtor 1                           Signature of Debtor 2

Date    __**02/25/2020**__                               Date  _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes.  Name of person _____        Attach the  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).