United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 20-10630-jkf
Deshawnda L Williams                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Keith          Page 1 of 2        Date Rcvd: Feb 28, 2020
                           Form ID: 309I         Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2020.
db          +Deshawnda L Williams,   7955 Cedarbrook Ave,   Philadelphia, PA 19150-1327
tr          +SCOTT F. WATERMAN (Chapter 13),   Chapter 13 Trustee,   2901 St. Lawrence Ave.,   Suite 100,
             Reading, PA 19606-2265
14472778    +Brandon Perloff, Esq.,   1429 Walnut Street,   Suite 701,   Philadelphia, PA 19102-3207
14460836    +Eastern Revenue Inc.,   Attn: Bankruptcy,   601 Dresher Rd. Suite 301,   Horsham, PA 19044-2238
14460837    +FedLoan Servicing,   Attn: Bankruptcy,   PO Box 69184,   Harrisburg, PA 17106-9184
14472783    +Kwartler Manus, LLC,   1429 Walnut Street,   Suite 701,   Philadelphia, PA 19102-3207
14460839    +Nora Viggiano,   701 Market Street,   Philadelphia, PA 19106-1538
14472788    +PHILA GAS WORKS,   800 W MONTGOMERY AVE,   PHILADELPHIA PA 19122-2898,
             ATTN: BANKRUPTCY DEPT, 3FL
14460842    +Rebecca A. Solarz, Esq.,   KML Law Group, P.C.,   701 Market Street,
             Philadelphia, PA 19106-1538
14460844    +Santander Consumer USA,   Attn: Bankruptcy,   10-64-38-FD7   601 Penn St,
             Reading, PA 19601-3544
14464661    +U.S. Department of Housing and Urban Development,   100 Penn Square East, 11th Floor,
             Philadelphia, PA 19107-3325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: bperloff@kmfirm.com Feb 29 2020 02:56:06      BRANDON J PERLOFF,
             Kwartler Manus LLC,   1429 Walnut Street,   Suite 701,   Philadelphia, PA 19102
smg          E-mail/Text: megan.harper@phila.gov Feb 29 2020 02:56:57      City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 29 2020 02:56:30
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 29 2020 02:56:49      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Feb 29 2020 02:56:40      United States Trustee,
             Office of the U.S. Trustee,   200 Chestnut Street,   Suite 502,   Philadelphia, PA 19106-2908
14460833    +EDI: AARGON.COM Feb 29 2020 07:48:00      Aargon Agency Inc,   Attn: Bankruptcy,
             8668 Spring Mountain Road,   Las Vegas, NV 89117-4132
14460834    +E-mail/Text: mnapoletano@ars-llc.biz Feb 29 2020 02:57:07      Ability Recovery Service,
             Attn: Bankruptcy,   PO Box 4262,   Scranton, PA 18505-6262
14460835    +EDI: CCS.COM Feb 29 2020 07:48:00      Credit Collection Services,   Attn: Bankruptcy,
             725 Canton St,   Norwood, MA 02062-2679
14472782    +EDI: IRS.COM Feb 29 2020 07:48:00      Internal Revenue Service,   600 Arch Street,
             Philadelphia, PA 19106-1695
14460838    +EDI: NAVIENTFKASMSERV.COM Feb 29 2020 07:48:00      Navient,   Attn: Bankruptcy,   PO Box 9640,
             Wilkes-Barre, PA 18773-9640
14472786    +E-mail/Text: bankruptcygroup@peco-energy.com Feb 29 2020 02:56:18      PECO,   2301 Market St,
             Philadelphia, PA 19103-1380
14460840     E-mail/Text: blegal@phfa.org Feb 29 2020 02:56:41      Pennsylvania Housing Finance Agency,
             Attn: Bankruptcy,   PO Box 8029,   Harrisburg, PA 17105
14460841     EDI: PRA.COM Feb 29 2020 07:48:00      Portfolio Recovery,   Attn: Bankruptcy,
             120 Corporate Blvd,   Norfold, VA 23502
14472368     EDI: PRA.COM Feb 29 2020 07:48:00      Portfolio Recovery Associates, LLC,   POB 41067,
             Norfolk, VA 23541
14460843    +E-mail/Text: rsi@revenuesystems.com Feb 29 2020 02:56:49      Revenue Sys,   2196 Main St,
             Dunedin, FL 34698-5693
14471153    +EDI: DRIV.COM Feb 29 2020 07:48:00      Santander Consumer USA Inc.,   P.O. Box 961245,
             Fort Worth, Tx 76161-0244
14460845    +EDI: SWCR.COM Feb 29 2020 07:48:00      Southwest Credit Systems,   4120 International Parkway,
             Suite 1100,   Carrollton, TX 75007-1958
14467239    +EDI: AIS.COM Feb 29 2020 07:48:00      T Mobile/T-Mobile USA Inc,
             by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14460846    +EDI: VERIZONCOMB.COM Feb 29 2020 07:48:00      Verizon,   Verizon Wireless Bk Admin,
             500 Technology Dr Ste 550,   Weldon Springs, MO 63304-2225
14472795    +E-mail/Text: megan.harper@phila.gov Feb 29 2020 02:56:56      Water Revenue Bureau,
             Municipal Services Building,   1401 JFk Blvd.,   Philadelphia, PA 19102-1663
14460847    +EDI: WFFC.COM Feb 29 2020 07:48:00      Wells Fargo Dealer Services,   Attn: Bankruptcy,
             PO Box 19657,   Irvine, CA 92623-9657
                                                                                    TOTAL: 21

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14472776*   +Aargon Agency Inc,   Attn: Bankruptcy,   8668 Spring Mountain Road,   Las Vegas, NV 89117-4132
14472777*   +Ability Recovery Service,   Attn: Bankruptcy,   PO Box 4262,   Scranton, PA 18505-6262
14472779*   +Credit Collection Services,   Attn: Bankruptcy,   725 Canton St,   Norwood, MA 02062-2679
14472780*   +Eastern Revenue Inc,   Attn: Bankruptcy,   601 Dresher Rd. Suite 301,   Horsham, PA 19044-2238
14472781*   +FedLoan Servicing,   Attn: Bankruptcy,   PO Box 69184,   Harrisburg, PA 17106-9184
14472784*   +Navient,   Attn: Bankruptcy,   PO Box 9640,   Wilkes-Barre, PA 18773-9640
14472785*   +Nora Viggiano,   701 Market Street,   Philadelphia, PA 19106-1538

```
District/off: 0313-2        User: Keith          Page 2 of 2         Date Rcvd: Feb 28, 2020
                           Form ID: 309I          Total Noticed: 32

           ***** BYPASSED RECIPIENTS (continued) *****
14472787*   ++PENNSYLVANIA HOUSING FINANCE AGENCY,   211 NORTH FRONT STREET,   HARRISBURG PA 17101-1406
              (address filed with court:  Pennsylvania Housing Finance Agency,   Attn: Bankruptcy,
              PO Box 8029,   Harrisburg, PA 17105)
14472789*   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery,   Attn: Bankruptcy,   120 Corporate Blvd,
              Norfold, VA 23502)
14472790*   +Rebecca A. Solarz, Esq.,   KML Law Group, P.C.,   701 Market Street,
              Philadephia, PA 19106-1538
14472791*   +Revenue Sys,   2196 Main St,   Dunedin, FL 34698-5693
14472792*   +Santander Consumer USA,   Attn: Bankruptcy,   10-64-38-FD7   601 Penn St,
              Reading, PA 19601-3544
14472793*   +Southwest Credit Systems,   4120 International Parkway,   Suite 1100,
              Carrollton, TX 75007-1958
14472794*   +Verizon,   Verizon Wireless Bk Admin,   500 Technology Dr Ste 550,
              Weldon Springs, MO 63304-2225
14472796*   +Wells Fargo Dealer Services,   Attn: Bankruptcy,   PO Box 19657,   Irvine, CA 92623-9657
                                                                 TOTALS: 0, * 15, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2020 at the address(es) listed below:
          BRANDON J PERLOFF   on behalf of Debtor Deshawnda L Williams bperloff@kmfirm.com,
          kmecf1429@gmail.com,mhazlett@kmfirm.com,KwartlerManusLLC@jubileebk.net
          REBECCA ANN SOLARZ   on behalf of Creditor   Pennsylvania Housing Finance Agency
          bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                 TOTAL: 4

| Information to identify the case: | | |
|---|---|---|

| Debtor 1 | **Deshawnda L Williams** | Social Security number or ITIN **xxx–xx–6422** |
|---|---|---|
| | First Name    Middle Name    Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN ____ |
| | | EIN __–_____ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **20–10630–jkf** | Date case filed for chapter **13**    **1/31/20** |

## Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Deshawnda L Williams | |
| 2. | **All other names used in the last 8 years** | fka Deshawnda L Sutherland | |
| 3. | **Address** | 7955 Cedarbrook Ave Philadelphia, PA 19150 | |
| 4. | **Debtor's attorney** Name and address | BRANDON J PERLOFF Kwartler Manus LLC 1429 Walnut Street Suite 701 Philadelphia, PA 19102 | Contact phone 267–457–5570 Email:  bperloff@kmfirm.com |
| 5. | **Bankruptcy trustee** Name and address | SCOTT F. WATERMAN (Chapter 13) Chapter 13 Trustee 2901 St. Lawrence Ave. Suite 100 Reading, PA 19606 | Contact phone (610) 779–1313 Email:  ECFMail@ReadingCh13.com |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 900 Market Street Suite 400 Philadelphia, PA 19107 | Hours open: Philadelphia Office –– 8:30 A.M. to 5:00 P.M; Reading Office –– 8:00 A.M. to 4:30 P.M. Contact phone (215)408–2800 Date: 2/28/20 |

**For more information, see page 2**

Debtor **Deshawnda L Williams**                                                                                Case number **20–10630–jkf**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 27, 2020 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street,**<br>**Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).<br><br>**Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>**Deadline for governmental units to file a proof of claim:**<br><br>_____<br><br>**Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>_____<br><br>**Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline: 5/26/20**<br><br><br><br><br><br><br><br><br>**Filing deadline: 4/10/20**<br><br>**Filing deadline: 7/29/20**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $660.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**5/13/20** at **9:30 AM** , Location: **Courtroom #3, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |