| | | | |
|---|---|---|---|
| **PHILADEPHIA DISTRICT ATTORNEY'S OFFICE** | **SPECIAL ACCOUNT FUND 69BA** | | 6764 |
| Deshawnda Williams | | 2/14/2020 | |
| CARES Grant | Period of 1/27/20-2/9/20 9.73 | | 194.60 |
| | | | |
| Imprest S4      26531 | | | 194.60 |

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| RS2 | 601155 | 0551EU | | 0000050221 | 1 |

**Earnings Statement** — ADP

**Merakey**    234-0001

MERAKEY CHILDREN'S SERVICES
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

Period Beginning:   01/05/2020
Period Ending:      01/18/2020
Pay Date:           01/31/2020

Taxable Marital Status:  Single
Exemptions/Allowances:
   Federal:   1
   PA:        N/A

DESHAWNDA L WILLIAMS
7955 CEDARBROOK AVE
PHILADELPHIA PA 19150

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 32.0000 | 16.00 | 512.00 | 3,088.00 |
| Regular | 33.0000 | 11.00 | 363.00 | |
| Sick | 32.0000 | 3.00 | 96.00 | 128.00 |
| Training | | | 50.00 | 50.00 |
| **Gross Pay** | | | **$1,021.00** | 3,266.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -77.54 | 257.44 |
| | Social Security Tax | -63.30 | 202.49 |
| | Medicare Tax | -14.81 | 47.36 |
| | PA State Income Tax | -31.35 | 100.27 |
| | Philadelphia Income Tax | -39.52 | 126.43 |
| | PA SUI/SDI Tax | -0.61 | 1.96 |
| **Net Pay** | | **$793.87** | |
| Checking 1 | | -793.87 | |
| **Net Check** | | **$0.00** | |

Other Benefits and Information   this period   total to date
Empl Id                                         8939048

**Important Notes**
ANY QUESTIONS PLEASE CALL EMPLOYEE SERVICE CENTER 1-877-647-1952.

| Earnings by Week | Hours | Earnings |
|---|---|---|
| **Week 1:** | | |
| Regular | 11.00 | 357.00 |
| Sick | 3.00 | 96.00 |
| **Week 2:** | | |
| Regular | 16.00 | 518.00 |
| Training | 0.00 | 50.00 |

Your federal taxable wages this period are $1,021.00

© 2000 ADP, LLC

**Merakey**

MERAKEY CHILDREN'S SERVICES
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

Advice number:   00000050221
Pay date:        01/31/2020

Deposited to the account of
DESHAWNDA L WILLIAMS

| account number | transit ABA | amount |
|---|---|---|
| xxxxx0190 | xxxx xxxx | $793.87 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| RS2 | 601155 | 0551EU | | 0000030188 | 1 |

**Earnings Statement**  ADP

**Merakey**  194-0001

MERAKEY CHILDREN'S SERVICES
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

Period Beginning: 12/22/2019
Period Ending: 01/04/2020
Pay Date: 01/17/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

DESHAWNDA L WILLIAMS
7955 CEDARBROOK AVE
PHILADELPHIA PA 19150

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 32.0000 | 12.00 | 384.00 | 2,213.00 |
| Regular | 33.0000 | 13.00 | 429.00 | |
| Sick | | | | 32.00 |
| **Gross Pay** | | | **$813.00** | 2,245.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -52.58 | 179.90 |
| | Social Security Tax | -50.41 | 139.19 |
| | Medicare Tax | -11.79 | 32.55 |
| | PA State Income Tax | -24.96 | 68.92 |
| | Philadelphia Income Tax | -31.48 | 86.91 |
| | PA SUI/SDI Tax | -0.49 | 1.35 |
| **Net Pay** | | **$641.29** | |
| Checking 1 | | -641.29 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Bal | | 3.00 |
| Empl Id | | 8939048 |

**Important Notes**
ANY QUESTIONS PLEASE CALL EMPLOYEE SERVICE CENTER 1-877-647-1952.

| Earnings by Week | Hours | Earnings |
|---|---|---|
| Week 1: | | |
| Regular | 16.00 | 520.00 |
| Week 2: | | |
| Regular | 9.00 | 293.00 |

Your federal taxable wages this period are $813.00

© 2000 ADP, LLC

**Merakey**

MERAKEY CHILDREN'S SERVICES
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

Advice number: 00000030188
Pay date: 01/17/2020

Deposited to the account of
DESHAWNDA L WILLIAMS

| account number | transit ABA | amount |
|---|---|---|
| xxxxx0190 | xxxx xxxx | $641.29 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| RS2 | 601155 | 0551EU | | 0000010209 | 1 |

**Earnings Statement** 

**Merakey**

218-0001

MERAKEY CHILDREN'S SERVICES
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

Period Beginning: 12/08/2019  Dec.
Period Ending:   12/21/2019
Pay Date:        01/03/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA:      N/A

DESHAWNDA L WILLIAMS
7955 CEDARBROOK AVE
PHILADELPHIA PA 19150

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 32.0000 | 19.00 | 608.00 | |
| Regular | 33.0000 | 24.00 | 792.00 | 1,400.00 |
| Sick    | 32.0000 | 1.00  | 32.00  | 32.00 |
| **Gross Pay** | | | **$1,432.00** | 1,432.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -127.32 | 127.32 |
| | Social Security Tax | -88.78 | 88.78 |
| | Medicare Tax | -20.76 | 20.76 |
| | PA State Income Tax | -43.96 | 43.96 |
| | Philadelphia Income Tax | -55.43 | 55.43 |
| | PA SUI/SDI Tax | -0.86 | 0.86 |
| **Net Pay** | | **$1,094.89** | |
| Checking 1 | | -1,094.89 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Bal | | 2.00 |
| Empl Id | | 8939048 |

**Important Notes**
ANY QUESTIONS PLEASE CALL EMPLOYEE SERVICE CENTER 1-877-647-1952.

| Earnings by Week | Hours | Earnings |
|---|---|---|
| Week 1: | | |
| Regular | 23.00 | 748.00 |
| Sick | 1.00 | 32.00 |
| Week 2: | | |
| Regular | 20.00 | 652.00 |

Your federal taxable wages this period are $1,432.00

© 2000 ADP, LLC

---

**Merakey**

MERAKEY CHILDREN'S SERVICES
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

Advice number:  00000010209
Pay date:        01/03/2020

Deposited to the account of
DESHAWNDA L WILLIAMS

| account number | transit ABA | amount |
|---|---|---|
| xxxxx0190 | xxxx xxxx | $1,094.89 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|-----|------|-------|-------|-----------|---|
| RS2 | 601155 | 0551EU | | 0000510205 | 1 |

**Merakey**   218-0001

MERAKEY CHILDREN'S SERVICES
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

**Earnings Statement**  ADP

Period Beginning:  11/24/2019
Period Ending:     12/07/2019
Pay Date:          12/20/2019

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 1
    PA:      N/A

DESHAWNDA L WILLIAMS
7955 CEDARBROOK AVE
PHILADELPHIA PA 19150

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 32.0000 | 18.00 | 576.00 | 35,722.00 |
| Regular | 33.0000 | 21.00 | 693.00 | |
| Sick | | | | 864.00 |
| Supervision | | | | 544.00 |
| Training | | | | 20.00 |
| **Gross Pay** | | | **$1,269.00** | 37,150.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -107.89 | 3,354.32 |
| | Social Security Tax | -78.68 | 2,303.30 |
| | Medicare Tax | -18.41 | 538.68 |
| | PA State Income Tax | -38.96 | 1,140.51 |
| | Philadelphia Income Tax | -49.13 | 1,440.12 |
| | PA SUI/SDI Tax | -0.76 | 22.29 |
| **Net Pay** | | **$975.17** | |
| Checking 1 | | -975.17 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Bal | | 2.00 |
| Empl Id | | 8939048 |

**Important Notes**
ANY QUESTIONS PLEASE CALL EMPLOYEE SERVICE CENTER 1-877-647-1952.

| Earnings by Week | Hours | Earnings |
|---|---|---|
| Week 1: | | |
| Regular | 14.00 | 456.00 |
| Week 2: | | |
| Regular | 25.00 | 813.00 |

Your federal taxable wages this period are $1,269.00

© 2000 ADP, LLC

---

**Merakey**

MERAKEY CHILDREN'S SERVICES
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

Advice number:   00000510205
Pay date:        12/20/2019

Deposited to the account of
DESHAWNDA L WILLIAMS

| account number | transit ABA | amount |
|---|---|---|
| xxxxx0190 | xxxx xxxx | $975.17 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| RS2 | 601155 | 0551EU | | 0000490207 | 1 |

**Merakey**

MERAKEY CHILDREN'S SERVICES
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

218-0001

**Earnings Statement**  ADP

Period Beginning: 11/10/2019  Nov.
Period Ending: 11/23/2019
Pay Date: 12/06/2019

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

DESHAWNDA L WILLIAMS
7955 CEDARBROOK AVE
PHILADELPHIA PA 19150

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 32.0000 | 14.00 | 448.00 | 34,453.00 |
| Regular | 33.0000 | 17.00 | 561.00 | |
| Training | | | 20.00 | 20.00 |
| Sick | | | | 864.00 |
| Supervision | | | | 544.00 |
| **Gross Pay** | | | **$1,029.00** | 35,881.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -79.09 | 3,246.43 |
| | Social Security Tax | -63.80 | 2,224.62 |
| | Medicare Tax | -14.92 | 520.27 |
| | PA State Income Tax | -31.59 | 1,101.55 |
| | Philadelphia Income Tax | -39.83 | 1,390.99 |
| | PA SUI/SDI Tax | -0.62 | 21.53 |
| **Net Pay** | | **$799.15** | |
| Checking 1 | | -799.15 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Bal | | 1.00 |
| Empl Id | | 8939048 |

**Important Notes**
ANY QUESTIONS PLEASE CALL EMPLOYEE SERVICE CENTER 1-877-647-1952.

| Earnings by Week | Hours | Earnings |
|---|---|---|
| Week 1: | | |
| Regular | 11.00 | 359.00 |
| Training | 0.00 | 20.00 |
| Week 2: | | |
| Regular | 20.00 | 650.00 |

Your federal taxable wages this period are $1,029.00

© 2000 ADP, LLC

**Merakey**

MERAKEY CHILDREN'S SERVICES
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

Advice number: 00000490207
Pay date: 12/06/2019

Deposited to the account of
DESHAWNDA L WILLIAMS

| account number | transit ABA | amount |
|---|---|---|
| xxxxx0190 | xxxx xxxx | $799.15 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**