B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In re  **Deshawnda L Williams**                                         Case No.  **20-10630**

                                                                       Chapter  **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept.................................................... | **$4,250.00** |
   | Prior to the filing of this statement I have received......................................... | **$917.00** |
   | Balance Due........................................................................................... | **$3,333.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d.  [Other provisions as needed]

   **\*\*\* NOTE: Per the Attorney-Client Agreement ("Fee Agreement") the amount for legal services, referenced in section one (1) above, is an estimation. It represents the estimated amount which is typically sufficient to cover the services normally contemplated in a typical bankruptcy case. Additional services (see below) or additional time spent on Debtor's behalf, may cause the fee to exceed the amount listed above.**
   **The agreed hourly rate for services are $325.00 for the Attorney and $100.00 for paralegal/staff time.**

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **-Any additional services performed, not specifically listed above, are NOT INCLUDED in the initial fee.**

   **Examples of such services are:**

   - **Defending Motions for Relief from the Automatic Stay, or Motions to Dismiss;**
   - **Executing and/or Negotiating Reaffirmation Agreements or Assumptions of Leases;**
   - **Responding to formal inquires from the Trustee, including any related hearings, meetings, and correspondence;**
   - **Responding, Answering, Negotiation and/or Stipulating with Creditors or their respective Counsel ("Creditors"), and consulting with clients, to resolve issues related to NON-PAYMENT OF POST-PETITOIN OBLIGATIONS (e.g. Motions to Dismiss, Motions for Relief, Show Cause hearings, etc.);**
   - **Negotiations and/or Stipulations with creditors IN LIEU OF FILING MOTIONS, OBJECTIONS OR OTHER PLEADINGS (e.g. Motions to Determine Value of Collateral/Security Interest ("Cramdowns"), Negotiations to Amend or Withdraw Proof of Claim, Objection to Claims, etc.)**
   - **Negotiations and/or Stipulations with creditors or resolving other matters necessary for Confirmation (e.g. Objections to Confirmation, Objections to Exemptions, etc.);**
   - **Any Services related to the DEBTOR'S FAILURE TO:**
       - **Provide required documents (before and/or after 341 Meeting of Creditors ("341 Meeting");**
       - **Appear at required hearings/meetings/examinations (including the 341 of Creditors, Court hearings, office appointments, etc.);**
       - **Provide true, accurate and honest information to Counsel, Trustee and Court;**
       - **Communicate with counsel and Respond to Counsel's Correspondence and attempts to reach Debtor (phone calls, emails, text messages, voice messages, etc.; or**
       - **Comply with any other obligations or responsibilities (including those listed in the Fee Agreement, Intake Documents, and/or Counsel's Correspondence);**
   - **Motions to Modify the Chapter 13 Plan Post-Confirmation and/or filing Modified Plan;**
   - **Motions to Sell Property (Real or Personal) and any additional filings associated with said motion;**
   - **Motions to Determine Value of Collateral and/or Extent of the Security Interest ("Cramdown Motions");**
   - **Litigation related to any Adversary Proceedings, Contested Motions or Objection (filing pleadings, requesting or providing discovery, hearings, etc.) related to said matters;**
   - **Other miscellaneous Motions (e.g. Motions to Appoint Next Friend or Guardian ad Litem, Motions to Approve Loan Modification, etc.);**
   - **Objections to Proof of Claims (contested or uncontested) and any correspondence, negotiations and Court hearings associated with said Objections;**
   - **Additional matters, which are not reasonably within the scope of those services listed in Section five (5) above.**

|   | CERTIFICATION |   |
|---|---|---|
|   | I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |   |
| __02/25/2020__ | **/s/ Brandon Perloff** |   |
| Date | *Brandon Perloff* | Bar No. |
|   | Kwartler Manus, LLC |   |
|   | 1429 Walnut Street |   |
|   | Suite 701 |   |
|   | Philadelphia, PA 19102 |   |
|   | Phone: (267) 457-5570 / Fax: (267) 457-5571 |   |

**/s/ Deshawnda L Williams**

***Deshawnda L Williams***