UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Deshawnda L Williams | Bankruptcy No.20-10630-AMC |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 6th day of July, 2020, by first class mail upon those listed below:

Deshawnda L Williams
7955 Cedarbrook Ave
Philadelphia, PA  19150

**Electronically via CM/ECF System Only:**

BRANDON J PERLOFF ESQ
PERLOFF LAW
415 SOUTH BROAD STREET
UNIT 2R
PHILADELPHIA, PA  19147

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee