# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 13 |
| Deshawnda L. Williams | : |
| Debtor | : BANKRUPTCY NO.: 20-10630-AMC |

## RESPONSE TO MOTION FOR RELIEF

Debtor, by their attorney, Brandon J. Perloff, Esq., of Brandon Perloff, P.C., by way of Response to Movant's Motion, respectfully represents the following:

1. Admitted.

2. Admitted.

3. Denied. Movant's averment refers to documents on record before the Court. The Debtor does attest to the authenticity or veracity of said documents. Said documents speak for themselves.

4. Denied. Movant's averment refers to documents on record before the Court. The Debtor does attest to the authenticity or veracity of said documents. Said documents speak for themselves.

5. Denied. Movant's averment refers to documents on record before the Court. The Debtor does attest to the authenticity or veracity of said documents. Said documents speak for themselves.

6. Debtor intends to cure any arrears which may be due at this time.

7. Denied. Movonat's averment is a conclusion of law to which no response is required.

**WHEREFORE**, Debtor pray that the Movant's request for relief be denied.

Dated: January 12, 2021                         /s/ Brandon Perloff
                                                                    Brandon Perloff, Esquire