## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 13** |
| **Deshawnda L Williams** | : | |
| **Debtor** | : | **BANKRUPTCY NO.: 20-10630-amc** |

### RESPONSE TO CERTIFICATION OF DEFAULT

Debtor, by her attorney, Brandon J. Perloff, Esq. by way of Response to Movant's Certification of Default, represents the following:

1. The Debtor has the funds to cure the alleged default.

2. The Debtor is sending the Movant the funds to cure the amounts alleged.

3. The Debtor is requesting a hearing on this matter to proceed as described above

4. The Debtor believes this matter will likely be resolved between the parties prior to the hearing.

**WHEREFORE**, Debtor prays that a hearing be set on this matter.

Respectfully submitted,

Date: 2/16/2021

/s/ Brandon J.Perloff
Brandon J.Perloff Esquire.