# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Deshawnda L. Williams fka Deshawnda L Sutherland<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY, its successors and/or assigns<br>　　　　　　　　　　Movant<br>　　vs. | NO. 20-10630 AMC |
| Deshawnda L. Williams fka Deshawnda L Sutherland<br>　　　　　　　　　　Debtor(s) | |
| Scott F. Waterman<br>　　　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Certification of Default of PENNSYLVANIA HOUSING FINANCE AGENCY, which was filed with the Court on or about **February 11, 2021 (Document No. 58)**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esq.**
　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106

February 26, 2021