Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 20-10630-AMC**

Deshawnda L Williams  
7955 Cedarbrook Ave  
Philadelphia  PA     19150

Petition Filed Date: 01/31/2020  
341 Hearing Date: 03/27/2020  
Confirmation Date: 10/28/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/23/2020 | $304.62 | | 04/03/2020 | $304.62 | | 04/17/2020 | $304.62 | |
| 05/01/2020 | $304.62 | | 05/18/2020 | $304.62 | | 06/01/2020 | $304.62 | |
| 06/12/2020 | $304.62 | | 06/26/2020 | $304.62 | | 07/10/2020 | $304.62 | |
| 07/24/2020 | $304.62 | | 08/07/2020 | $304.62 | | 08/21/2020 | $304.62 | |
| 09/04/2020 | $304.62 | | 09/18/2020 | $304.62 | | 10/02/2020 | $304.62 | |
| 10/19/2020 | $304.62 | | 10/30/2020 | $304.62 | | 11/16/2020 | $304.62 | |
| 11/30/2020 | $304.62 | | 12/11/2020 | $304.62 | | 12/28/2020 | $304.62 | |
| 01/11/2021 | $304.62 | | 01/25/2021 | $304.62 | | 02/05/2021 | $304.62 | |
| 02/22/2021 | $304.62 | | 03/05/2021 | $304.62 | | 03/22/2021 | $304.62 | |
| 04/05/2021 | $304.62 | | 04/16/2021 | $304.62 | | 04/30/2021 | $304.62 | |
| 05/14/2021 | $304.62 | | 06/01/2021 | $304.62 | | | | |

**Total Receipts for the Period: $9,747.84    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $9,747.84**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Deshawnda L Williams | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | US DEPT OF HUD »» 001 | Secured Creditors | $43,326.89 | $0.00 | $0.00 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $426.99 | $0.00 | $426.99 |
| 3 | AMERICAN INFOSOURCE LP »» 003 | Unsecured Creditors | $254.98 | $0.00 | $254.98 |
| 4 | SANTANDER CONSUMER USA »» 004 | Secured Creditors | $323.09 | $74.87 | $248.22 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES »» 005 | Unsecured Creditors | $531.18 | $0.00 | $531.18 |
| 6 | UNITED STATES TREASURY (IRS) »» 006 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 7 | PA HOUSING FINANCE AGENCY »» 007 | Mortgage Arrears | $20,207.19 | $4,682.76 | $15,524.43 |
| 8 | CITY OF PHILADELPHIA (LD) »» 008 | Secured Creditors | $2,410.25 | $558.54 | $1,851.71 |
| 0 | BRANDON J PERLOFF ESQ | Attorney Fees | $3,333.00 | $3,333.00 | $0.00 |

**Chapter 13 Case No. 20-10630-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,747.84 | Current Monthly Payment: | $560.00 |
| Paid to Claims: | $8,649.17 | Arrearages: | $166.08 |
| Paid to Trustee: | $824.51 | Total Plan Base: | $29,513.92 |
| Funds on Hand: | $274.16 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.