| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 20-10630-AMC**

Deshawnda L Williams                                        Petition Filed Date: 01/31/2020
7955 Cedarbrook Ave                                         341 Hearing Date: 03/27/2020
Philadelphia  PA    19150                                   Confirmation Date: 10/28/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $304.62 | | 04/16/2021 | $304.62 | | 04/30/2021 | $304.62 | |
| 05/14/2021 | $304.62 | | 06/01/2021 | $304.62 | | 06/11/2021 | $304.62 | |
| 06/28/2021 | $304.62 | | 07/12/2021 | $304.62 | | 07/26/2021 | $304.62 | |
| 08/06/2021 | $304.62 | | 08/23/2021 | $304.62 | | 09/07/2021 | $304.62 | |
| 09/17/2021 | $304.62 | | 10/01/2021 | $304.62 | | 10/18/2021 | $304.62 | |
| 10/29/2021 | $304.62 | | 11/16/2021 | $304.62 | | 11/29/2021 | $304.62 | |
| 12/10/2021 | $304.62 | | 12/28/2021 | $304.62 | | 01/07/2022 | $304.62 | |
| 01/24/2022 | $304.62 | | 02/04/2022 | $304.62 | | 02/22/2022 | $304.62 | |
| 03/04/2022 | $304.62 | | 03/21/2022 | $304.62 | | 04/04/2022 | $304.62 | |
| 04/18/2022 | $304.62 | | 04/29/2022 | $304.62 | | 05/13/2022 | $304.62 | |
| 05/31/2022 | $304.62 | | 06/10/2022 | $304.62 | | 06/27/2022 | $304.62 | |
| 07/12/2022 | $304.62 | | 07/25/2022 | $304.62 | | | | |

**Total Receipts for the Period: $10,661.70    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $18,886.44**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Deshawnda L Williams | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | US DEPT OF HUD<br>»» 001 | Secured Creditors | $43,326.89 | $0.00 | $0.00 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $426.99 | $0.00 | $426.99 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $254.98 | $0.00 | $254.98 |
| 4 | SANTANDER CONSUMER USA<br>»» 004 | Secured Creditors | $323.09 | $192.49 | $130.60 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $531.18 | $0.00 | $531.18 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 006 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 7 | PA HOUSING FINANCE AGENCY<br>»» 007 | Mortgage Arrears | $20,207.19 | $12,040.27 | $8,166.92 |
| 8 | CITY OF PHILADELPHIA (LD)<br>»» 008 | Secured Creditors | $2,410.25 | $1,436.12 | $974.13 |
| 0 | BRANDON J PERLOFF ESQ | Attorney Fees | $3,333.00 | $3,333.00 | $0.00 |

**Chapter 13 Case No. 20-10630-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,886.44 | Current Monthly Payment: | $560.00 |
| Paid to Claims: | $17,001.88 | Arrearages: | ($1,132.52) |
| Paid to Trustee: | $1,604.31 | Total Plan Base: | $29,513.92 |
| Funds on Hand: | $280.25 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.