**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IIN RE: | : | CHAPTER 13 |
| DESHAWNDA L WILLIAMS | : | |
| DEBTOR | : | |
| | : | BANKRUPTCY NO.:   20-10630-AMC |
| | : | |

## RESPONSE TO CERTIFICATION OF DEFAULT

Debtor ("Respondent"), by their attorney, Brandon J. Perloff, Esq. by way of Response to Movant's Certification of Default, respectfully represents she will cure all arrears due to the Movant by the end of this month.

WHEREFORE, Debtor prays that the Court set a hearing on this matter.

Date: December 12, 2022                    /s/ Brandon J. Perloff
                                           Brandon J. Perloff Esquire.
                                           Attorney for Debtor