*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Deshawnda L Williams
    Debtor(s)

Case No: 20–10630–amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable , United States Bankruptcy Judge to consider:

Debtor Deshawnda L Williams' Response to Certification of Default filed by Creditor Pennsylvania Housing Finance Agency

    on: 1/18/23

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 12/13/22

Timothy B. McGrath
Clerk of Court

69 – 68
Form 167