Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-10630-AMC**

Deshawnda L Williams  
7955 Cedarbrook Ave  
Philadelphia  PA   19150

Petition Filed Date: 01/31/2020  
341 Hearing Date: 03/27/2020  
Confirmation Date: 10/28/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $304.62 | | 10/18/2022 | $280.00 | | 10/31/2022 | $280.00 | |
| 11/15/2022 | $280.00 | | 11/29/2022 | $280.00 | | 12/12/2022 | $280.00 | |
| 12/27/2022 | $280.00 | | 01/11/2023 | $280.00 | | 01/24/2023 | $280.00 | |
| 03/27/2023 | $280.00 | | 04/03/2023 | $280.00 | | 04/17/2023 | $280.00 | |
| 05/01/2023 | $280.00 | | 05/15/2023 | $280.00 | | | | |

**Total Receipts for the Period: $3,944.62   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $22,831.06**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Deshawnda L Williams | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | US DEPT OF HUD »» 001 | Secured Creditors | $43,326.89 | $0.00 | $0.00 |
| 2 | T-MOBILE USA INC »» 002 | Unsecured Creditors | $426.99 | $0.00 | $426.99 |
| 3 | T-MOBILE USA INC »» 003 | Unsecured Creditors | $254.98 | $0.00 | $254.98 |
| 4 | SANTANDER CONSUMER USA »» 004 | Secured Creditors | $211.28 | $211.28 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES »» 005 | Unsecured Creditors | $531.18 | $0.00 | $531.18 |
| 6 | UNITED STATES TREASURY (IRS) »» 006 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 7 | PA HOUSING FINANCE AGENCY »» 007 | Mortgage Arrears | $20,207.19 | $15,506.17 | $4,701.02 |
| 8 | CITY OF PHILADELPHIA (LD) »» 008 | Secured Creditors | $2,410.25 | $1,849.53 | $560.72 |
| 0 | BRANDON J PERLOFF ESQ | Attorney Fees | $3,333.00 | $3,333.00 | $0.00 |

**Chapter 13 Case No. 20-10630-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,831.06 | Current Monthly Payment: | $560.00 |
| Paid to Claims: | $20,899.98 | Arrearages: | $1,642.86 |
| Paid to Trustee: | $1,931.08 | Total Plan Base: | $29,513.92 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.