## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DESHAWNDA L WILLIAMS | : | |
| DEBTOR | : | |
| | : | BANKRUPTCY NO.:  20-10630-amc |

### RESPONSE TO MOVANT'S MOTION FOR RELIEF

Debtor ("Respondent"), by their attorney, Brandon J. Perloff, Esq. by way of Response to Movant's Motion, respectfully represents the following:

1. Admitted.

2. Admitted.

3. Denied. Movant's averment consists of information filed and on record before the Court. Debtor does not attest to the veracity of said documents, thus Movant's averment is denied.

4. Admitted.

5. Admitted.

6. Denied. Debtor has made said payments.

7. Denied. Debtor has cured the alleged post-petition arrearage.

8. Denied. Movant states a conclusion of law to which no response is required.

9. Denied. Movant states a conclusion of law to which no response is required.

WHEREFORE, Debtor prays that the Movant's Motion be denied.

Date: August 29, 2023

/s/ Brandon J. Perloff
Brandon J. Perloff Esquire
bperloff@perlofflaw.com
215-287-4231
Attorney for Debtor