Certificate Number: 12433-PAE-DE-038515001

Bankruptcy Case Number: 20-10630



12433-PAE-DE-038515001

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 25, 2024, at 12:10 o'clock AM EDT, Deshawnda L. Williams completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 28, 2024                    By:    /s/Lisa Susoev

Name:  Lisa Susoev

Title:  Teacher