# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Deshawnda L. Williams<br>　　　　Debtor | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　　Movant | BKY NO.: 20-10630-AMC |
| vs. | |
| Deshawnda L Williams<br>　　　　Debtor | |
| Scott F. Waterman<br>　　　　Trustee | |

## RESPONSE TO MOTION FOR RELIEF
## FILED BY PENNSYLVANIA HOUSING FINANCE AGENCY

Debtor, by their attorney, Brandon J. Perloff, Esq., of Brandon Perloff, P.C., by way of Response to Movant's Motion, respectfully represents the following:

1. Admitted.

2. Admitted.

3. Denied. Movant's averment refers to documents on record before the Court. The Debtor does attest to the authenticity or veracity of said documents. Said documents speak for themselves.

4. Admitted.

5. Admitted.

6. Denied. By way of further response, Debtor will cure any arrears due at this time.

7. Denied. Debtor is without the requisite knowledge to attest to the veracity of Movant's averment.

8. Denied. By way of further response, Debtor will cure any arrears due at this time.

9. Denied. Movant's averment is a conclusion of law to which no response is required.

10. Denied. Movant's averment is a conclusion of law to which no response is required.

WHEREFORE, Debtor pray that the Movant's request for relief be denied.

Dated: July 2, 2024                                     /s/ Brandon Perloff
                                                        Brandon Perloff, Esquire
                                                        Brandon Perloff, P.C.
                                                        1830 Lombard Street, 11A
                                                        Philadelphia, PA 19146
                                                        215-287-4231
                                                        Bperloff@perlofflaw.com