| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
Chapter 13 Case No. 20-10630-AMC

Deshawnda L Williams
7955 Cedarbrook Ave
Philadelphia  PA    19150

Petition Filed Date: 01/31/2020
341 Hearing Date: 03/27/2020
Confirmation Date: 10/28/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/01/2023 | $1,200.00 | | 11/22/2023 | $1,100.00 | | 11/28/2023 | $280.00 | |
| 12/11/2023 | $280.00 | | 12/27/2023 | $280.00 | | 01/09/2024 | $280.00 | |
| 01/23/2024 | $280.00 | | 01/29/2024 | $1,022.86 | | 02/05/2024 | $280.00 | |
| 02/20/2024 | $280.00 | | 03/05/2024 | $280.00 | | 03/18/2024 | $280.00 | |
| 04/01/2024 | $280.00 | | 04/15/2024 | $280.00 | | | | |

Total Receipts for the Period: $6,402.86   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $29,233.92

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Deshawnda L Williams | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | US DEPT OF HUD »» 001 | Secured Creditors | $43,326.89 | $0.00 | $0.00 |
| 2 | T-MOBILE USA INC »» 002 | Unsecured Creditors | $426.99 | $236.10 | $190.89 |
| 3 | T-MOBILE USA INC »» 003 | Unsecured Creditors | $254.98 | $140.99 | $113.99 |
| 4 | SANTANDER CONSUMER USA INC »» 004 | Secured Creditors | $41.31 | $41.31 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES »» 005 | Unsecured Creditors | $531.18 | $293.71 | $237.47 |
| 6 | UNITED STATES TREASURY (IRS) »» 006 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 7 | PA HOUSING FINANCE AGENCY »» 007 | Mortgage Arrears | $20,207.19 | $20,207.19 | $0.00 |
| 8 | CITY OF PHILADELPHIA (LD) »» 008 | Secured Creditors | $2,410.25 | $2,410.25 | $0.00 |
| 0 | BRANDON J PERLOFF ESQ | Attorney Fees | $3,333.00 | $3,333.00 | $0.00 |
| 9 | PA HOUSING FINANCE AGENCY | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | SANTANDER CONSUMER USA INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-10630-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,233.92 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $26,662.55 | Arrearages: | $280.00 |
| Paid to Trustee: | $2,571.37 | Total Plan Base: | $29,513.92 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.