*Form 138OBJ* (6/24)–doc 101 – 100

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Deshawnda L Williams  )  Case No. 20–10630–amc
   fka Deshawnda L Sutherland  )
  )
   Debtor(s).  )  Chapter: 13
  )
  )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                Eastern District of Pennsylvania
                900 Market Street
                Suite 400
                Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 23, 2024                                                          For The Court

                                                                                       Timothy B. McGrath
                                                                                       Clerk of Court