United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10630-amc |
| Deshawnda L Williams | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 23, 2024 | Form ID: 138OBJ | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deshawnda L Williams, 7955 Cedarbrook Ave, Philadelphia, PA 19150-1327 |
| 14472778 | + | Brandon Perloff, Esq., 1429 Walnut Street, Suite 701, Philadelphia, PA 19102-3207 |
| 14460837 | + | FedLoan Servicing, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14460839 | + | Nora Viggiano, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14467558 | + | Pennsylvania Housing Finance Agency, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14460842 | + | Rebecca A. Solarz, Esq., KML Law Group, P.C., 701 Market Street, Philadephia, PA 19106-1538 |
| 14572624 | #+ | Santander Consumer USA Inc, c/o William E. Craig, Esquire, Morton & Craig, LLC, 110 Marter Avenue Suite 301, Moorestown, NJ 08057-3125 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 23 2024 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 23 2024 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14460833 | + | Email/Text: aargon@ebn.phinsolutions.com | Sep 23 2024 23:53:00 | Aargon Agency Inc, Attn: Bankruptcy, 8668 Spring Mountain Road, Las Vegas, NV 89117-4119 |
| 14460834 | + | Email/Text: mnapoletano@ars-llc.biz | Sep 23 2024 23:53:00 | Ability Recovery Service, Attn: Bankruptcy, PO Box 4262, Scranton, PA 18505-6262 |
| 14510210 | | Email/Text: megan.harper@phila.gov | Sep 23 2024 23:53:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14460835 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 23 2024 23:53:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14460836 | + | Email/Text: emails@easternrevenue.com | Sep 23 2024 23:53:00 | Eastern Revenue Inc, Attn: Bankruptcy, 601 Dresher Rd. Suite 301, Horsham, PA 19044-2238 |
| 14472782 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 23 2024 23:53:00 | Internal Revenue Service, 600 Arch Street, Philadelphia, PA 19106-1695 |
| 14460838 | + | Email/PDF: bankruptcy_prod@navient.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 24 2024 00:08:54 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes-Barre, PA 18773-9640 |
| 14472786 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 23 2024 23:53:00 | PECO, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14460840 | | Email/Text: blegal@phfa.org | Sep 23 2024 23:53:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, PO Box 8029, Harrisburg, PA 17105 |
| 14467126 | ^ | MEBN | Sep 23 2024 23:50:59 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14472788 | ^ | MEBN | Sep 23 2024 23:51:03 | PHILA GAS WORKS, 800 W MONTGOMERY AVE, PHILADELPHIA PA 19122-2898, ATTN: BANKRUPTCY DEPT, 3FL |
| 14460841 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 24 2024 00:08:51 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14472368 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 24 2024 00:08:25 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14493241 | + | Email/Text: blegal@phfa.org | Sep 23 2024 23:53:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14460843 | + | Email/Text: rsi@revenuesystems.com | Sep 23 2024 23:53:00 | Revenue Sys, 2196 Main St, Dunedin, FL 34698-5693 |
| 14460844 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 23 2024 23:53:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-FD7 601 Penn St, Reading, PA 19601-3544 |
| 14471153 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 23 2024 23:53:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, Tx 76161-0244 |
| 14460845 | + | Email/Text: bankruptcy@sw-credit.com | Sep 23 2024 23:53:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14467239 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 24 2024 00:08:23 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14464661 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 24 2024 00:08:25 | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107 |
| 14460846 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 23 2024 23:53:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14472795 | + | Email/Text: megan.harper@phila.gov | Sep 23 2024 23:53:00 | Water Revenue Bureau, Municipal Services Building, 1401 JFk Blvd., Philadelphia, PA 19102-1663 |
| 14460847 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 24 2024 00:08:31 | Wells Fargo Dealer Services, Attn: Bankruptcy, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14472776 | *+ | Aargon Agency Inc, Attn: Bankruptcy, 8668 Spring Mountain Road, Las Vegas, NV 89117-4119 |
| 14472777 | *+ | Ability Recovery Service, Attn: Bankruptcy, PO Box 4262, Scranton, PA 18505-6262 |
| 14472779 | *+ | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14472780 | *+ | Eastern Revenue Inc, Attn: Bankruptcy, 601 Dresher Rd. Suite 301, Horsham, PA 19044-2238 |
| 14472781 | *+ | FedLoan Servicing, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14472784 | *+ | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes-Barre, PA 18773-9640 |
| 14472785 | *+ | Nora Viggiano, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14472787 | *P++ | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 NORTH FRONT STREET, HARRISBURG PA 17101-1406, address |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 23, 2024 | Form ID: 138OBJ | Total Noticed: 32 |

|  |  | filed with court:, Pennsylvania Housing Finance Agency, Attn: Bankruptcy, PO Box 8029, Harrisburg, PA 17105 |
|---|---|---|
| 14472789 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14472790 | *+ | Rebecca A. Solarz, Esq., KML Law Group, P.C., 701 Market Street, Philadephia, PA 19106-1538 |
| 14472791 | *+ | Revenue Sys, 2196 Main St, Dunedin, FL 34698-5693 |
| 14472792 | *+ | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-FD7 601 Penn St, Reading, PA 19601-3544 |
| 14572485 | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14472793 | *+ | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14554425 | *+ | Stanley B. Cheiken, Esquire, 2617 Huntingdon Pike, Huntingdon Valley, PA 19006-5109 |
| 14539502 | *P++ | US DEPARTMENT OF HOUSING & URBAN DEVELOPMENT, ATTN OFFICE OF REGIONAL COUNSEL, 801 MARKET STREET 12TH FLOOR, PHILADELPHIA PA 19107-3126, address filed with court:, U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107 |
| 14472794 | *+ | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14472796 | *+ | Wells Fargo Dealer Services, Attn: Bankruptcy, PO Box 19657, Irvine, CA 92623-9657 |
| 14472783 | ##+ | Kwartler Manus, LLC, 1429 Walnut Street, Suite 701, Philadelphia, PA 19102-3207 |
| 14539503 | ##+ | Stanley B. Cheiken, Esquire, 2617 Huntingdon Pike, Huntingdon Valley, PA 19006-5109 |

TOTAL: 0 Undeliverable, 18 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2024           Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2024 at the address(es) listed below:

**Name**     **Email Address**

BRANDON J PERLOFF
on behalf of Debtor Deshawnda L Williams bperloff@perlofflaw.com
kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net

DENISE ELIZABETH CARLON
on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

LEON P. HALLER
on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com
dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 6

*Form 138OBJ* (6/24)−doc 101 − 100

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  Deshawnda L Williams<br>  fka Deshawnda L Sutherland<br><br>  Debtor(s). | Case No. 20−10630−amc<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 23, 2024

For The Court

Timothy B. McGrath
Clerk of Court